PEOPLE, PLAINTIFF AND APPELLEE, v. CUADRADO, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan in a Prosecution for Violation of Rule 40 of the Food Commission.

No. 1374.—Decided August 1, 1919.

SALE OF MILK—JUDICIAL NOTICE.—This was a prosecution for selling milk at a price in excess of that fixed by section 40 of the Rules of the Food Commission. *Held:* That as the section supposed to have been violated was not copied into the information, nor offered in evidence, and the courts can not take judicial notice of the Rules of the Food Commission, the lower court was without adequate proof to convict the defendant.

The facts are stated in the opinion.
*Mr. J. H. Brown* for the appellant.
*Mr. S. Mestre, Fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

In this case several questions of constitutional and statutory law have been raised in consequence of an information for selling milk in excess of the price fixed by section 40 of the rules of the food commission. The information recites that there was a violation of said regulation 40, but it was not copied into the said information, nor does it appear anywhere in the proof. The appellant presented regulation 42 by which he maintained that said regulation 40 had been repealed, but the government apparently never presented regulation 40 in evidence. Neither the court below nor ourselves can take judicial notice of the regulations of the food commission, the latter being in this regard like a municipal cor-

poration, and as the regulation does not appear in the record in any form and as the prosecution depended on it, the court below was without adequate proof to convict the appellant. Hence the judgment must be reversed and the appellant discharged.

*Reversed.*

Justices del Toro, Aldrey and Hutchison concurred.

Mr. Chief Justice Hernández took no part in the decision of this case.